# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| QUENTIN JETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   **CASE NO. 2:10-CV-02024** |
| | ) |
| ALLIANCE ONE RECEIVABLES | ) |
| MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned attorneys, that this lawsuit, and all claims by Plaintiff against Defendant in existence on or before the date of this Stipulation of Dismissal, are hereby dismissed with prejudice, each party to bear their own fees and costs.

Dated this 10th day of August, 2010.

Respectfully submitted,

/s/ J. Mark Meinhardt
J. Mark Meinhardt         KS #20245
4707 College Blvd., Suite 100
Leawood, KS 66211
913-451-9797
FAX: 913-451-6163
ATTORNEY FOR PLAINTIFF

SPENCER FANE BRITT & BROWNE LLP

/s/ Joshua C. Dickinson
Joshua C. Dickinson        KS #20632
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
FAX: (816) 474-3216
jdickinson@spencerfane.com
ATTORNEYS FOR DEFENDANT

OM 86766.1